**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| GUADALUPE JIMENEZ II,<br>*Plaintiff*<br><br>v.<br><br>GENERAL MOTORS, LLC,<br>*Defendant* | §<br>§<br>§<br>§<br>§   **Case No. 1:23-CV-01357-RP**<br>§<br>§ |

**O R D E R**

On March 4, 2024, the Court ordered Plaintiff to show cause as to why Plaintiff's claims against Defendant should not be dismissed for failure to timely effectuate service. Dkt. 4. Plaintiff filed her Response to Order to Show Cause on March 18, 2024, and has presented good cause for her failure to timely serve Defendant. Dkt. 6. Accordingly, this case will not be dismissed at this time. Plaintiff served Defendant on March 12, 2024. Defendant's Answer is due in accordance with the time limits contained in Federal Rule of Civil Procedure 12(a).

**SIGNED** on March 20, 2024.

_____
SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE