# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| **GUADALUPE JIMENEZ II,** §<br>*Plaintiff* § <br>§<br>**v.** §<br>§  Case No. 1:23-CV-01357-RP<br>**GENERAL MOTORS, LLC,** §<br>*Defendant* § | |

## O R D E R

Plaintiff filed her Original Complaint on November 7, 2023. Dkt. 1. Defendant made an appearance in the case on April 2, 2024. Dkt. 8. Contrary to this Court's local rules, the parties have not yet submitted a proposed scheduling order. *See* W.D. Tex. Loc. R. CV-16(c) (requiring parties submit a proposed scheduling order to the court "[n]ot later than 60 days after any appearance of any defendant").

Accordingly, **IT IS ORDERED** that the parties consult the website for the United States District Court for the Western District of Texas (www.txwd.uscourts.gov), the "Judges' Info" tab, "Standing Orders," "Austin Division," and submit a joint proposed scheduling order using District Judge Robert Pitman's form on or before **June 17, 2024**.

**SIGNED** on June 3, 2024.

_____
SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE